OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



PRESORTED FIRST CLASS

$ 00.26⁵
PITNEY BOWES
02 1R
0006557458    DEC 10 2014
MAILED FROM ZIP CODE 78701

12/10/2014
HARVEY, REGINALD EUGENE  Tr. Ct. No. 8250365-E        WR-17,402-05

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

REGINALD EUGENE HARVEY
SEGOVIA UNIT - TDC #331248
1201 E. CIBOLO RD.
EDINBURG, TX 78539

U TF